HOMEFIELD ASSOCIATION OF YONKERS, N. Y., INC., et al., Appellants, *v.* CURTISS E. FRANK, as Mayor of the City of Yonkers, et al., Respondents.

Argued May 19, 1948; decided June 11, 1948.

*William A. Walsh* for appellants.

*John H. Galloway, Jr., Corporation Counsel (John Preston Phillips* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.